LINDA SMITH, an Infant, by THOMAS J. SMITH, Her Guardian ad Litem, et al., Respondents, v. HEARST CONSOLIDATED PUBLICATIONS, INC., et al., Appellants.—

562

In our opinion, the verdicts are grossly excessive. The award to the infant, insofar as it was based on a finding that she had sustained permanent brain damage, is against the weight of credible evidence. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.